**New message**  Send

CC/BCC, From aragpat@yahoo.com

Subject

Judge: Dora Lizette Irizarry
Civil action no:23- 6499DLI- TAM
Coastal Steel Inc.
7812 153 ave
Howard beach 11414

My name is Anderson Ragpat .I received a summons that was left on the main door of the building where I live on April 29th 2024.I am requesting for some time where I can obtain a lawyer to represent me concerning this summons.Thank you.

　　　　　　　　Kind Regards
　　　　　　Anderson  Ragpat

Yahoo Mail: Search, Organize, Conquer

FILED
May 20, 2024, 12:55 PM
in the Clerk's Office
U.S. District Court,
EDNY, Brooklyn
Pro Se Office via Box.com




