**(No Subject)**

Judge Dora Lizette Irizarry
Civil action number - 23-6499DLI-TAM
Coastal steel inc..Inc..
08 -07 -2024

My name is Anderson Ragpat,I'm responding to this case.At this moment for the past few months my business has being at a total loss,could not afford a lawyer to fight this false allegations. I've got bank statements to prove this. This allegations are totally false,Mr Thomas did not work no overtime with me never and no weekends. I've also got proof of this.All my work at the time he worked was casual,Monday thru Friday 8 am to 3:30 pm. Mr. Thomas caused my work truck to be stolen that resulted in $7,000 in tools to be lost.Mr Thomas had keys to my truck and Gang box of tools.All this I lost but didn't ask him to repay me,just took my losses and started over.Im asking kindly, let me get my finances in order so I can afford a lawyer.All of the above statements are true and have proof of this. I'm trying my best to get this false claims against me over with as quickly as possible.

FILED
Aug 8, 2024, 10:05 AM
in the Clerk's Office
U.S. District Court,
EDNY, Brooklyn
Pro Se Office via
Box.com

