# BORRELLI & ASSOCIATES
## P.L.L.C.
www.employmentlawyernewyork.com

| 910 Franklin Avenue | 655 Third Avenue |
| --- | --- |
| Suite 205 | Suite 1821 |
| Garden City, NY 11530 | New York, NY 10017 |
| Tel. No. 516.248.5550 | Tel. No. 212.679.5000 |
| Fax No. 516.248.6027 | Fax No. 212.679.5005 |

September 30, 2024

*Via ECF*
The Honorable Taryn A. Merkl
United States Magistrate Judge for the
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *Thomas. v. Coastal Steel, Inc. et al.,*
              *Civil Action No. 1:23-cv-06499-DLI-TAM*

Dear Judge Merkl:

    We represent the named-Plaintiff, Cyprian Thomas, in the above referenced matter. We submit this correspondence to advise the Court that Amy Y. Wang, Esq., is no longer employed with our Firm. We respectfully request that the Court remove her from the docket.

    We thank the Court for its attention to this matter.

                            Respectfully submitted,

                            Michael J. Borrelli, Esq. (MB 8533)
                                 *For the Firm*

C: All Counsel *via* ECF